**Alexander JIGGETTS, Plaintiff–Appellant,**

v.

**State of MARYLAND; Sharon Biggins, Defendants–Appellees.**

No. 15–7472.

United States Court of Appeals, Fourth Circuit.

Submitted: Dec. 15, 2015.

Decided: Dec. 18, 2015.

Alexander Jiggetts, Appellant Pro Se.

Before GREGORY and FLOYD, Circuit Judges, and DAVIS, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Alexander Jiggetts appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2012) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Jiggetts v. Maryland,* No. 1:15–cv–02569–JFM (D. Md. filed Sept. 10, 2015 & entered Sept. 11, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*